# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Jessica Quamina, et al.

Plaintiff(s)

Case No.: 3:22-cv-06051 TSH

vs.

JustAnswer LLC

Defendant

## AFFIDAVIT OF SERVICE

I, Christopher I. Whitcomb, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Class Action Complaint with Exhibits, and Order Setting Initial Case Management Conference and ADR Deadlines with Attachment in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/26/2022 at 2:25 PM, I served JustAnswer LLC c/o CSC- Lawyers Incorporating Service, Registered Agent at 2710 Gateway Oaks Drive, Suite 150N, Sacramento, California 95833 with the Summons, Class Action Complaint with Exhibits, and Order Setting Initial Case Management Conference and ADR Deadlines with Attachment by serving Rebecca Vang, Designated Agent, authorized to accept service.

I declare under penalty of perjury that this information is true and correct.

10/31/22
Executed On



Christopher I. Whitcomb
Client Ref Number: MAT-22101157536
Job #: 1609817

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| JESSICA QUAMINA, KSENIYA GODUN, MOYA MCDOWELL, RENEE PETTIT, KRISTIE NELSON, TASHA DAVIS AND LATOYA FOUST, Individually and on behalf of all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br><br> JustAnswer LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:22-cv-06051 TSH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JustAnswer LLC
c/o Registered Agent
CSC - Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  John J. Nelson
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
280 South Beverly Drive
Beverly Hills, California 90212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Mark B. Busby*

Date: _____10/17/2022_____  _____
*Signature of Clerk or Deputy Clerk*