```
1   RANDOLPH GAW (S.B. #223718)
    rgaw@gawpoe.com
2   VICTOR MENG (S.B. #254102)
    vmeng@gawpoe.com
3   FLORA VIGO (S.B. #239643)
    fvigo@gawpoe.com
4   GAW | POE LLP
    4 Embarcadero, Suite 1400
5   San Francisco, CA 94111
    Telephone: (415) 766-7451
6   Facsimile: (415) 737-0642

7   Attorneys for Defendant JustAnswer LLC
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA QUAMINA, KSENIYA GODUN, MOYA MCDOWELL, RENEE PETTIT, KRISTIE NELSON, TASHA DAVIS AND LATOYA FOUST, Individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>JUSTANSWER LLC.<br><br>Defendant. | Case No. 3:22-CV-06051-JD<br><br>**STIPULATION REGARDING DEFENDANT JUSTANSWER LLC'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. James Donato<br>Courtroom: 11<br><br>Trial Date: None Set |

- 1 -

STIPULATION EXTENDING TIME TO RESPOND
TO COMPLAINT
CASE NO. 3:22-CV-06051-JD

Plaintiffs Jessica Quamina, Kseniya Godun, Moya McDowell, Renee Pettit, Kristie Nelson, Tasha Davis and Latoya Foust (hereinafter "Plaintiffs") and Defendant JustAnswer LLC ("Defendant") (together, the "Stipulating Parties") hereby stipulate as follows:

**STIPULATION**

WHEREAS, on October 13, 2022, Plaintiffs filed the Complaint in this action;

WHEREAS, Plaintiffs served Defendant on October 26, 2022, and Defendant's current response deadline is therefore November 16, 2022;

WHEREAS, Defendant has recently retained counsel and requires additional time to assess the allegations in the Complaint;

WHEREAS, the Stipulating Parties agree that a 45-day extension of time for Defendant to respond to the Complaint is thus reasonable and supported by good cause;

WHEREAS, no extension has previously been requested by any party, and the proposed schedule will not impact any event or deadline already fixed by the Court; and

THEREFORE, the Stipulating Parties hereby stipulate as follows: Defendant shall answer or otherwise respond to the Complaint on or before January 3, 2023.

In the event Defendant files a motion to which a responsive pleading is due in lieu of an answer, Plaintiffs opposition thereto will be filed on or before February 3, 2023 and Defendant's reply will be filed on or before February 17, 2023.

**IT IS SO STIPULATED.**

Dated: November 14, 2022                GAW | POE LLP

                                        By: _____
                                        Flora Vigo
                                        Attorneys for Defendant JustAnswer
                                        LLC

| | | |
|---|---|---|
| 1 | Dated: November 14, 2022 | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC |
| 2 | | |
| 4 | | By:  /s/ John J. Nelson |
| 5 | | John J. Nelson<br>Attorneys for Plaintiffs and the Class |

1  **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

2      I, Flora Vigo, attest that concurrence in the filing of this document has been obtained from

3  the other signatory.  Executed on November 14, 2022, in Oakland, California.

_____
Flora Vigo