```
1  RANDOLPH GAW (S.B. #223718)
   rgaw@gawpoe.com
2  VICTOR MENG (S.B. #254102)
   vmeng@gawpoe.com
3  FLORA VIGO (S.B. #239643)
   fvigo@gawpoe.com
4  GAW | POE LLP
   4 Embarcadero, Suite 1400
5  San Francisco, CA 94111
   Telephone: (415) 766-7451
6  Facsimile: (415) 737-0642

7  Attorneys for Defendant JustAnswer LLC
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA QUAMINA, KSENIYA GODUN, MOYA MCDOWELL, RENEE PETTIT, KRISTIE NELSON, TASHA DAVIS AND LATOYA FOUST, Individually and on behalf of all others similarly situated<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>JUSTANSWER LLC.<br><br>　　　　　　　Defendant. | Case No. 3:22-CV-06051-JD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PARTIES' PAGE LIMITATIONS**<br><br>Judge: Hon. James Donato<br>Courtroom: 11<br><br>Trial Date: None Set |

Plaintiffs Jessica Quamina, Kseniya Godun, Moya McDowell, Renee Pettit, Kristie Nelson, Tasha Davis and Latoya Foust (hereinafter "Plaintiffs") and Defendant JustAnswer LLC ("Defendant") (together, the "Stipulating Parties") hereby stipulate as follows:

**STIPULATION**

WHEREAS, on October 13, 2022, Plaintiffs filed the Complaint in this action;

WHEREAS, Plaintiffs served Defendant on October 26, 2022, and the Parties subsequently stipulated to extend Defendant's time to respond to the Complaint on or by January 3, 2023 (ECF No. 14);

WHEREAS, the Parties further stipulated that in the event Defendant files a motion to which a responsive pleading is due in lieu of an answer, Plaintiffs opposition thereto will be filed on or before February 3, 2023 and Defendant's reply will be filed on or before February 17, 2023 (ECF No. 14);

WHEREAS, Defendant intends to file a motion to compel arbitration in response to the Complaint;

WHEREAS, pursuant to the Court's Standing Order for Civil Cases, such motions and any opposition thereto may not exceed 15 pages in length, and any reply in support of the motion may not exceed 10 pages;

WHEREAS, pursuant to Local Civil Rule 7-11, parties may make a motion to exceed otherwise applicable page limitations;

WHEREAS, the Parties have conferred and agreed to an extension of applicable page limitations of an additional 5 pages each for Defendant's motion and Plaintiffs' opposition thereto;

WHEREAS, the Parties' stipulation is supported by good cause, as a small extension of applicable page limitations would assist the Parties in fully analyzing Defendant's motion;

WHEREAS, among other things, Defendant's motion will address whether each of the seven named Plaintiffs agreed to arbitrate the claims alleged in the Complaint pursuant to Terms of Service that Defendant asserts were presented to Plaintiffs during the sign-up process on Defendant's website, the design of which has varied throughout the differing years in which the

individual plaintiffs purported to have first signed up for JustAnswer and which additionally varied depending on whether the user signed up from a personal computer or a mobile phone;

WHEREAS, thorough analysis under applicable law regarding contract formation, in particular whether a web-user has notice of and assents to online terms of service such as those here, necessitates a detailed visual presentation of Defendant's online sign-up process, which alone will likely require several pages;

WHEREAS, given that Plaintiffs are residents of four different states and have each brought claims under their state's consumer protection laws, this Court is based in California, Defendant is domiciled in Idaho, and the Terms of Service contain an Idaho choice of law provision, Defendant's motion may also present choice-of-law issues requiring thorough analysis; and

THEREFORE, the Stipulating Parties hereby stipulate as follows:

1. Defendant's motion to compel arbitration shall not exceed 20 pages in length.
2. Plaintiffs' opposition brief to Defendant's motion to compel arbitration shall not exceed 20 pages in length.

**IT IS SO STIPULATED.**

Dated:  December 2, 2022

GAW | POE LLP

By: _____
Flora Vigo
Attorneys for Defendant JustAnswer LLC

Dated:  December 2, 2022

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC

By:   /s/ John J. Nelson
John J. Nelson
Attorneys for Plaintiffs

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

THE HONORABLE JAMES DONATO
United States District Judge

1 **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Flora Vigo, attest that concurrence in the filing of this document has been obtained from the other signatory. Executed on December 2, 2022, in Oakland, California.

_____
Flora Vigo