| | |
|---|---|
| 1 | RANDOLPH GAW (S.B. #223718) |
| | rgaw@gawpoe.com |
| 2 | VICTOR MENG (S.B. #254102) |
| | vmeng@gawpoe.com |
| 3 | FLORA VIGO (S.B. #239643) |
| | fvigo@gawpoe.com |
| 4 | GAW | POE LLP |
| | 4 Embarcadero, Suite 1400 |
| 5 | San Francisco, CA 94111 |
| | Telephone: (415) 766-7451 |
| 6 | Facsimile: (415) 737-0642 |

Attorneys for Defendant JustAnswer LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA QUAMINA, et al. | Case No. 3:22-CV-06051-JD |
| Plaintiffs, | **DECLARATION OF JOSEPH HOLGUIN IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION** |
| v. | |
| JUSTANSWER LLC. | Judge: Hon. James Donato |
| Defendant. | Courtroom: 11 |

HOLGUIN DECL. ISO DEF'S MTC ARB.
Case No. 3:22-CV-06051-JD

I, Joseph Holguin, declare as follows:

1. I am over 18 years of age and am mentally sound. I submit this declaration in support of Defendant JustAnswer LLC's Motion to Compel Arbitration. I have personal knowledge of the facts set forth herein, and, if called as a witness could and would competently testify thereto.

2. I am a Product Manager at JustAnswer. In my role at JustAnswer, I help with the development of the external facing features of its website and mobile app. I also use JustAnswer's internal data-gathering tools to gather information about its users and others that visit its website and mobile app, and in doing so, I am familiar with how JustAnswer acquires and maintains that data.

3. I ran a search in JustAnswer's databases and other data repositories to locate any users that have ever signed up using the e-mail address: K.n.75@hotmail.com. I did not find any users that had signed up under that e-mail address. And to date, JustAnswer is still unable to determine whether plaintiff Kristie Nelson ever signed up for its services even after running searches based on her name and other information provided by her in the Complaint.

I declare under penalty of perjury under the laws of the United States and the state of Florida that the foregoing is true and correct. Executed on February __23__, 2023 at ___Miami___, Florida.

*Joseph Holguin*
Joseph Holguin