John J. Nelson (SBN 317598)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
280 South Beverly Drive
Beverly Hills, California 90212
Tel.: (858) 209-6941
jnelson@milberg.com

Attorneys for Plaintiffs and the Class

Michael Burshteyn (SB #295320)
michael.burshteyn@gtlaw.com
Kristin O'Carroll (SB #254102)
kristin.ocarroll@gtlaw.com
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, CA 94105
Tel: 415.655.1300 Fax: 415.707.2010

Attorneys for Defendant JustAnswer LLC

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA QUAMINA, KSENIYA GODUN, MOYA MCDOWELL, RENEE PETTIT, KRISTIE NELSON, TASHA DAVIS AND LATOYA FOUST, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JUSTANSWER LLC,<br><br>Defendant. | Case Number: 3:22-cv-06051-JD<br><br>**JOINT STATUS REPORT**<br><br>**Hon. James Donato** |

Now come the Parties: Tasha Davis, Moya McDowell, LaToya Foust, Kseniya Godun, Renee Pettit, and Kristie Nelson ("Plaintiffs") and JustAnswer LLC ("Defendant" or "JustAnswer"). The Parties jointly submit this Joint Status Report following the Status Conference held on November 20, 2025. ECF No. 57.

Per the Court's order, the parties have agreed and expect to mediate before Jill R. Sperber, Esq. on March 5, 2026[1].

Dated: December 1, 2025

/s/Scott C. Harris
Scott C. Harris (Admitted pro hac vice)
sharris@milberg.com
sharris@brysonpllc.com
BRYSON HARRIS SUCIU & DEMAY, PLLC
900 W. Morgan Street
Raleigh, NC 27603
Tel.: (919) 600-5000

John J. Nelson (SBN 317598)
jnelson@milberg.com
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
280 South Beverly Drive Beverly Hills, California 90212
Tel.: (858) 209-6941

Attorneys for Plaintiffs and the Class

Dated: December 1, 2025

/s/ Michael Burshteyn
Michael Burshteyn (SB #295320)
(michael.burshteyn@gtlaw.com)
Kristin O'Carroll (SB #254102)
(kristin.ocarroll@gtlaw.com)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, CA 94105
Tel: 415.655.1300 Fax: 415.707.2010

---

[1] The Parties have agreed to mediate before Jill R. Sperber, Esq. All parties and the mediator have confirmed their availability on March 5, 2026; however, they are still in the process of finalizing the mediation agreement.

Robert J. Herrington (SB #234417)
(robert.herrington@gtlaw.com)
GREENBERG TRAURIG, LLP
1840 Century Park E, Suite 1900
Los Angeles, CA 90067
Tel: 310.586.7770 Fax: 310.586.7800

Attorneys for Defendant
JustAnswer, LLC

*Joint Status Report & Proposed Schedule*