John J. Nelson (SBN 317598)
**MILBERG, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Tel.: (858) 209-6941
jnelson@milberg.com

*Attorney for Plaintiffs* and *the Settlement Class*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Viola Trebicka (SBN 269526)
violatrebicka@quinnemanuel.com
Marshall Searcy (SBN 169269)
marshallsearcy@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

*Attorneys for Defendant JustAnswer LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KSENIYA GODUN, MOYA MCDOWELL, KRISTIE NELSON, TASHA DAVIS AND LATOYA FOUST, Individually and on behalf of all others similarly situated<br><br>    Plaintiffs,<br><br>    vs.<br><br>JUSTANSWER LLC,<br><br>    Defendant. | Case Number: 3:22-cv-06051-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING SETTLEMENT**<br><br>Date of Hearing:…..09/03/2026<br>Judge:……………..Hon. James Donato<br>Trial Date:…………08/02/2027 |

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING SETTLEMENT;
CASE NO. 3:22-cv-06051-JD

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Kseniya Godun, Moya McDowell, Kristie Nelson, Tasha Davis, Latoya Foust, Jordan Zeichner and Defendant JustAnswer LLC ("JustAnswer") (collectively, the "Parties") jointly stipulate and request that the Court stay all deadlines included in the Court's November 24, 2025 Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Jury Trials [DE 59] for a period of ninety (90) days while the Parties prepare and execute settlement documents.

1.     On October 13, 2022, Plaintiffs filed a putative Class Action Complaint, *Quamina, et al., v. JustAnswer LLC*, Case No. 3:22-cv-06051-JD ("*Quamina*"), in the United States District Court for the Northern District of California.

2.     The case is currently governed by Case Management Scheduling Order. *See* ECF No. 59. The next scheduled events are the Fact discovery cut-off, June 8, 2026 and Expert Disclosures, June 22, 2026 and then a hearing on JustAnswer's motion to dismiss on September 3, 2026.

3.     The Parties had multiple mediation sessions with Jill Sperber of Judicate West on March 5, 2026, March 12, 2026, and March 20, 2026 and continued with talks that resulted in an agreement to resolve this matter. The agreement was memorialized in a Memorandum of Understanding executed on April 22, 2026, which sets forth the material terms of the settlement and establishes a timeline for completion of the settlement process.

4.     The Parties intend to file a motion for preliminary approval of the settlement in a separate proposed class action pending in state court in Missouri within ninety (90) days of an Order regarding this motion.

5.     Notwithstanding an Order, the Parties are currently working diligently to finalize the terms of a comprehensive settlement agreement and supporting documents necessary for preliminary approval, including class notice materials and related filings.

6.     In light of the Parties' agreement in principle and ongoing efforts to finalize settlement, continuing litigation—including discovery, motion practice, and other pretrial deadlines—would impose unnecessary burden and expense on the Parties and the Court.

7.     A temporary stay of all proceedings will conserve judicial resources and allow the Parties to focus on finalizing the settlement.

1

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING SETTLEMENT; CASE NO. 3:22-cv-06051-JD

8.    The Parties therefore respectfully request that the Court stay all proceedings in this matter for ninety (90) days after the issuance of an Order on this motion, which will allow substantial progress toward finalizing the settlement and, if necessary, position the Parties to seek a brief extension or provide a status update.

9.    The Parties will promptly notify the Court upon execution of a final settlement agreement.

10.    If the Parties are unable to finalize the settlement within the requested stay period, they will submit a joint status update to the Court prior to the expiration of the stay.

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court stay all proceedings in this matter including all deadlines, for ninety (90) days, after the issuance of an Order on this motion, up to and including August 12, 2026, and order the Parties to file a joint status report by that date.

**IT IS SO STIPULATED.**

| | |
|---|---|
| */s/ Scott C. Harris*<br>Scott C. Harris (Admitted pro hac vice)<br>BRYSON HARRIS SUCIU<br>& DEMAY, PLLC<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>Tel.: (919) 600-5000<br>sharris@brysonpllc.com<br><br>*Attorney for Plaintiffs* and *the Settlement Class* | */s/ Viola Trebicka*<br>Viola Trebicka (SBN 269526)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3243<br>violatrebicka@quinnemanuel.com<br><br>*Attorney for Defendant* |
| */s/ George H. Haines*<br>George H. Haines<br>FREEDOM LAW FIRM, LLC<br>8985 S. Eastern Ave., Suite 100<br>Las Vegas, NV 89123<br>Tel.: (702) 880-5554<br>ghaines@freedomlegalteam.com | */s/ Mark R. Sigmon*<br>Mark R. Sigmon (Admitted pro hac vice)<br>LEE SEGUI<br>421 N. Harrington Street, Ste. 460<br>Raleigh, NC 27603<br>Tel.: 919-451-6311<br>msigmon@leesegui.com |

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING SETTLEMENT;
CASE NO. 3:22-cv-06051-JD

| *Attorney for Plaintiffs* and *the Settlement Class* | *Attorney for Plaintiffs* and *the Settlement Class* |
|---|---|

### ATTESTATION

I, Scott C. Harris, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Date: 05/18/2026                    */s/ Scott C. Harris*

### [PROPOSED] ORDER

1.      All proceedings in this matter including all deadlines are STAYED, for ninety (90) days as of the date of this Order.

2.      Parties to file shall a motion for preliminary approval of class action settlement or joint status report regarding settlement by August 12, 2026.

IT IS SO ORDERED.

Dated: _____                    _____

                    Hon. James Donato
                    United States District Judge

3

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING SETTLEMENT;
CASE NO. 3:22-cv-06051-JD