QUINN EMANUEL URQUHART & SULLIVAN, LLP
Viola Trebicka (CA Bar No. 269526)
violatrebicka@quinnemanuel.com
Marshall Searcy (CA Bar No. 169269)
marshallsearcy@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

*Attorneys for Defendant,*
*JustAnswer LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KSENIYA GODUN, MOYA MCDOWELL, KRISTIE NELSON, TASHA DAVIS, AND LATOYA FOUST, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JUSTANSWER LLC,<br><br>Defendant. | CASE NO. 3:22-cv-06051-JD<br><br>**CLASS ACTION**<br><br>**STIPULATION REQUESTING AN ORDER CONTINUING THE HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>Judge: Hon. James Donato<br><br>Date Action Filed: October 13, 2022<br>Trial Date: August 2, 2027 |

Plaintiffs Kseniya Godun, Moya McDowell, Kristie Nelson, Tasha Davis, and Latoya Foust (collectively "Plaintiffs") and Defendant JustAnswer LLC (with Plaintiffs, the "Parties") respectfully request a brief continuance of the hearing date for Defendant's Motion to Dismiss (Dkt. 63). The parties jointly stipulate as follows:

WHEREAS Defendant filed its Motion to Dismiss on January 2, 2026, requesting a hearing date of February 19, 2026;

WHEREAS the Court previously continued the date of the hearing for Defendant's Motion to Dismiss to September 3, 2026 (Dkts. 80, 86, 87);

WHEREAS good cause exists to support the requested continuance because: (i) following multiple mediation sessions, the Parties executed a Memorandum of Understanding on April 22, 2026, which sets forth the material terms of a settlement; (ii) the Parties intend to file a motion for preliminary approval of the settlement in a separate proposed class action pending in state court in Missouri; (iii) the Parties have been working diligently to finalize a settlement agreement, including working to resolve some issues that arose in the past month, and believe they will be able to execute the agreement soon; and (iv) preparing for a hearing regarding Defendant's Motion to Dismiss would impose unnecessary burden and expense on the Parties and the Court in light of the Parties' ongoing efforts to finalize the settlement;

THEREFORE, the Parties stipulate and jointly request that the Court continue the hearing date on Defendant's Motion to Dismiss from September 3, 2026 until December 3, 2026, or the next date thereafter at the Court's convenience.

DATED: August 17, 2026

Respectfully Submitted,

By *s/ Marshall M. Searcy III*

Marshall M. Searcy III

Viola Trebicka
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
marshallsearcy@quinnemanuel.com

violatrebicka@quinnemanuel.com

*Attorneys for Defendant JustAnswer LLC*

DATED: August 17, 2026

By /s/ *Scott C. Harris*
Scott C. Harris

**BRYSON HARRIS SUCIU & DEMAY, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
sharris@brysonpllc.com

John H. Nelson
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 South Beverly Drive
Beverly Hills, CA 90212
Telephone: (858) 209-6941
jnelson@milberg.com

Mark R. Sigmon
**LEE SEGUI, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (855) 496-7500
msigmon@leesegui.com

*Attorneys for Plaintiffs Kseniya Godun, Moya McDowell, Kristie Nelson, Tasha Davis, and Latoya Foust*

**[PROPOSED] ORDER**

Having considered the Parties' joint stipulation and good cause having been shown, the Court hereby orders the September 3, 2026 hearing date is continued to December 3, 2026.

**IT IS SO ORDERED**

DATED: ______________________ By ____________________________________
THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

**SIGNATURE ATTESTATION**

The e-filing attorney hereby attests that concurrence in the content of the foregoing document and authorization to file the foregoing document has been obtained from the other signatory indicated by a conformed signature (/s/) within the foregoing e-filed document.

DATED: August 17, 2026

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By /s/ *Marshall M. Searcy III*
Marshall M. Searcy III

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
marshallsearcy@quinnemanuel.com

*Attorney for Defendant JustAnswer LLC*